# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **HEATHER ADAMS** and **DENISE COOK,** individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**SITEL OPERATING CORPORATION,** a Delaware corporation,<br><br>    Defendant. | Civil Action No. 1:16-cv-01051 |

## AMENDED NOTICE OF SPECIAL APPEARANCE

NOW COMES Katherine Paulus, a member in good standing of the State Bars of Missouri and Kansas and the United States District Courts of the Western District of Missouri, Kansas, and Western District of Arkansas and files this Amended Notice of Special Appearance as counsel on behalf of Defendant Sitel Corporation.

Katherine Paulus represents to the Court that she is familiar with and accepts the terms of Local Rule 83.1 of this Court regarding the conditions for special appearance. Katherine Paulus also represents that Kevin S. Joyner and Kimberly J. Lehman, are members in good standing of the bar of this Court and the bar of the State of North Carolina, will work in association with Katherine Paulus in the above-captioned matter; and that Mr. Joyner or Ms. Lehman, also undersigned, acknowledges their obligation to sign all pleadings and papers, other than Certificates of Service, and to appear at all

pretrial conferences, potentially dispositive pleadings, and trial; and that Ms. Lehman will appear at the hearing currently scheduled for May 28, 2019.

Respectfully submitted this 22nd day of May, 2019.

Respectfully submitted:

/s/ Katherine K. Paulus
Katherine K. Paulus
MO State Bar No.: 60217
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Ste. 400
Kansas City, MO 64111
816.410.2247
816-471-1303 facsimile
Katherine.paulus@ogletreedeakins.com

and

/s/ Kevin S. Joyner
Kevin S. Joyner (N.C. Bar No. 25605)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant
4208 Six Forks Road, Suite 1100
Raleigh, NC  27609
919.787.9700
919.783.9412 facsimile
kevin.joyner@ogletreedeakins.com

and

/s/ Kimberly J. Lehman
Kimberly J. Lehman (N.C. Bar No. 43001)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant
4208 Six Forks Road, Suite 1100
Raleigh, NC  27609
919.787.9700
919.783.9412 facsimile

kim.lehman@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of May, 2019 the foregoing Notice of Special Appearance was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Edward B. Davis (Bar No.:27546)
BELL DAVIS PITT
227 West Trade Street, Suite 2160
Charlotte, NC 28202-1697
T: 704-227-0400
F: 704-227-0178
E: ward.davis@belldavispitt.com

Kevin J. Stoops (MI Bar No. P64371)
Jesse L. Young (MI Bar No. P72614)
Neil B. Pioch (MI Bar No. P67677)
SOMMERS SCHWARTZ,
P.C. One Towne Square, Suite 1700
Southfield, Michigan 48076
T: 248-355-0300
E: kstoops@sommerspc.com
E: jyoung@sommerspc.com
E: npioch@sommerspc.com

            OGLETREE, DEAKINS, NASH
            SMOAK & STEWART, P.C.

            /s/ Katherine K. Paulus
            Katherine K. Paulus
            MO State Bar No.: 60217
            4520 Main Street, Ste. 400
            Kansas City, MO 64111
            816.410.2247
            816-471-1303 facsimile
            Katherine.paulus@ogletreedeakins.com

            and

/s/ Kevin S. Joyner
Kevin S. Joyner (N.C. Bar No.: 25605)
4208 Six Forks Road, Suite 1100
Raleigh, NC  27609
Telephone:  919.787.9700
Facsimile:  919.783.9412
kevin.joyner@odnss.com

s/ Kimberly J. Lehman
Kimberly J. Lehman (N.C. Bar No. 43001)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Attorneys for Defendant
4208 Six Forks Road, Suite 1100
Raleigh, NC  27609
919.787.9700
919.783.9412 facsimile
kim.lehman@ogletreedeakins.com

*Attorneys for Defendant*

38622211.1