IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HEATHER ADAMS and DENISE COOK, individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:16CV1051 |
| SITEL OPERATING CORPORATION, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that the parties' Joint Motion for Final Approval of Collective/Class Action Settlement and Plaintiffs' Unopposed Motion for Attorneys' Fees, Litigation/Settlement Administration Expenses, and Class Representative Service Awards, (ECF Nos. 37, 39), are GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

This, the 29th day of May, 2019.

/s/ Loretta C. Biggs
United States District Judge